UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20090-CV-WILLIAMS

STARSHIP 1, LLC,

    Plaintiff,

v.

SKY SUPPORT LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation on Defendants' Motion to Strike (DE 118) ("***Report***"). In the Report, Judge Sanchez recommends that Defendants' Motion to Strike (DE 43) be granted. (*Id.* at 1.) Specifically, Judge Sanchez recommends that Plaintiff's expert witnesses be "precluded from offering testimony pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence." (*Id.* at 8.) Neither Party filed objections to the Report and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable law, the Court agrees with Judge Sanchez's well-reasoned analysis and conclusion that Defendants' Motion to Strike be granted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 118) is **AFFIRMED AND ADOPTED**.
2. Defendants' Motion to Strike (DE 43) is **GRANTED**.

3. Plaintiff's untimely-served witness lists are **STRICKEN**, and Plaintiff's expert witnesses are precluded from offering testimony pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>29th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE